UNITED STATES DISTRICT COURT
CONNECITCUT

MATTHEW BURR

STEFANIE BENNETT

    Plaintiffs,

V.                                    CIVIL ACTION NO

THOMAS H. RICHARDSON, ESQUIRE

Defendant.                          JUNE 7, 2017

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; and regulations issued thereunder.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331.

3. Both Plaintiffs' are a natural person who resides in Lyme, CT.

4. Both Plaintiffs' are a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA and has a principal place of business located at 29 Water Street, Guilford, CT 06437.

6. Defendant communicated with each plaintiff by written letter dated June 8, 2016 in connection with collection efforts with regard to each plaintiff's disputed personal debt. (See Exhibit 1).

7. In the collection efforts, on June 8, 2016 the Defendant failed to include the essential information required in the validation of debts clause notice pursuant to §1692 g. (See Exhibit 1).

8. Defendant violated the FDCPA, § 1692g, by shortening the dispute period under the validation of debts clause notice. (See Exhibit 1).

9. Defendant in his collection letter threatened to take legal action if the Plaintiff's did not make payment by July 8, 2016. As of today's date no legal action has ever been taken. Defendant's threat of suit was false, deceptive and misleading and violated the FDCPA §1692f. (See Exhibit 1).

10. Defendant has no procedure reasonably adapted to avoid such error and violation.

11. In the collection efforts, the Defendant violated the FDCPA; inter alia, §1692e, and g.

WHEREFORE Plaintiff respectfully requests this Court to:

1. Award Plaintiff statutory damages pursuant to the FDCPA.

2. Award Plaintiff costs of suit and a reasonable attorney's fee.

3. Award such other and further relief as this Court may see fit.

THE PLAINTIFF

BY /S/Michael W. Kennedy
Michael W. Kennedy, Esquire
Kennedy Law Firm
157 Pine Orchard Road
Branford, CT 06405
(203) 481-4040
(443) 440-6372 Fax
Fed. Bar # ct19664
email.kennedy@yahoo.com