UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BURR ET AL
        Plaintiffs,

V.                                         CIVIL ACTION NO
                                          3:17-cv-941(VLB)

THOMAS H. RICHARDSON

        Defendant.                      AUGUST 9, 2017

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiffs through their attorney Michael W. Kennedy stipulate that the claims in the above-entitled action shall be dismissed pursuant to Rule 41 (a) (1)(A)(i).

                                              THE PLAINTIFFS

                                              BY/S/Michael W. Kennedy
                                              The Kennedy Law Firm
                                              157 Pine Orchard Road
                                              Branford, CT 06405
                                              Ph   (203) 481-4040
                                              Fax (443) 440-6372
                                              Fed. Bar # ct19664
                                              mwk550@yahoo.com

## *CERTIFICATION*

I hereby certify that on 8/9/17 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


BY/S/Michael W. Kennedy